# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Ryan C Pajarillaga

                                          Plaintiff,

v.                                                 Case No.: 1:17−cv−04204
                                                      Honorable Ronald A. Guzman

Warren Barr Living & Rehab Center LLC

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 17, 2018:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 1/17/2018. Defendant's motion for Court approval of settlement agreement and release [31] is granted. This case is dismissed without prejudice with leave to reinstate within 30 days solely for the purpose of enforcing the settlement agreement. If no motion to reinstate is filed within 30 days of the date of entry of this order, the dismissal will automatically convert to a dismissal with prejudice at that time. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.